**Richard H. B. Murray**
*Attorney at Law*
600 West 239th Street
Bronx, New York 10463
(718) 548-4659/ fax (718) 796-4457

April 26, 2005

BY FAX

Hon. Sterling Johnson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Ryan Wingert
    Indictment 04 CR 639 (SJ)

Dear Judge Johnson:

The defendant in the above-captioned matter, Ryan Wingert, is a resident of Chambersburg, Pennsylvania located in the Middle District of Pennsylvania. By the terms of his appearance bond he is not permitted to leave that District except for court appearances in the Eastern District. Sentencing is scheduled for May 20, 2005.

On his behalf, I am requesting that he be permitted to leave the District from Friday, May 6, 2005 until Sunday, May 8, 2005. The purpose of this request is to enable him to attend a 40th birthday party for a close personal friend whom he has known since their service in the U. S. Army. During this weekend, he would be staying at the home of his friend, Kevin Mocalis, at 11 Highland Road, Windsor Lakes, Connecticut.

I have discussed this request with the AUSA Carrie Capwell who has no objection to the request.

Very truly yours,

Richard H. B. Murray
Attorney for defendant

cc: Carrie Capwell
    Assistant U. S. Attorney

---

*Handwritten annotation:*

Request GRANTED. Parties are directed to consult the Court's revised individual rules requiring that all submissions be filed electronically through ECF.
SO ORDERED.

s/SJ    4/27/05
Senior U.S.D.J.